UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZUORA INC., <br>     Plaintiff, <br>     v. <br> KATHY A. BARAN, et al., <br>     Defendants. | Case No. 18-cv-01949-VC <br><br> **TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 3 |

In light of the issues raised by Zuora in its reply brief filed April 5, 2018, the defendants are ordered to show cause why the agency's action should not be reversed and remanded for reconsideration. In responding to this order to show cause, the government should address the following issues, at a minimum:

- whether the memorandum referenced by Zuora regarding the itinerary rule is still in effect (and if not, when the rules or policies were changed and how these changes were communicated to the public);

- whether the government's approach to evaluating jobs like Gupta's has changed (and if so, when these changes took effect and how these changes were communicated to the public); and

- whether there are any issues of administrative exhaustion that are relevant.

The government's response is due April 19, 2018. Zuora's reply is due May 3, 2018. In addition to addressing the government's arguments, Zuora should discuss the following:

- the basis on which Anuj Gupta was authorized to work in the country until the petition was denied;

- how long Gupta may remain in the country after the denial of his petition; and
- any relevant case law involving federal court review of the denial of an H-1B petition (particularly, cases in which courts have not just reversed the denial of a visa but ordered a visa to be granted).

A hearing on the order to show cause will take place on May 17, 2018 at 10:00 am.

Until a ruling on the order to show cause, it is hereby ordered that the status quo that existed before the denial of Zuora's H-1B petition will remain in place. Gupta may remain in the country and continue working for Zuora in the capacity in which he was working before the petition was denied.

**IT IS SO ORDERED.**

Dated: April 6, 2018

VINCE CHHABRIA
United States District Judge