UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZUORA INC., <br>         Plaintiff, <br> v. <br> KATHY A. BARAN, et al., <br>         Defendants. | Case No. 18-cv-01949-VC <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** <br><br> Re: Dkt. Nos. 3, 22, 23, 24 |

      For the reasons stated on the record, the current dispute is moot and any future dispute is unripe. Therefore, the case is dismissed without prejudice.

      **IT IS SO ORDERED.**

Dated: May 17, 2018

_____
VINCE CHHABRIA
United States District Judge